UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
--------------------------------------------------------------------------------X

| | |
|---|---|
| JONATHAN ZARKOWER, an individual on behalf of himself and all others similarly situated,<br><br>          Plaintiff,<br><br>  -against-<br><br>CITY OF NEW YORK, PETER FORTUNE, Individually, SALVATORE DIMAGGIO, Individually, ANDREW CHIN, Individually, PABLO DEJESUS, Individually, and JOHN and JANE DOE 1 through 50, Individually, (the names John and Jane Doe being fictitious, as the true names are presently unknown),<br><br>          Defendants. | NOTICE OF MOTION<br><br>19 CV 3843<br>(ARR)(JO) |

--------------------------------------------------------------------------------X

**PLEASE TAKE NOTICE** that pursuant to Fed. R. Civ. P. 23 and Local Civil Rule 7.1(a), and upon the Declaration of Lissa Green-Stark, the exhibits attached thereto, and the accompanying Memorandum of Law in Support of Preliminary Approval of the Class Action Settlement, Conditional Certification of the Settlement Class, Appointment of Class Counsel, and Appointment of the Claims Administrator, and all other pleadings and records on file in this case, plaintiff will move before the Honorable Allyn R. Ross, United States District Judge, at the United States Courthouse for the Eastern District of New York, 225 Cadman Plaza East, Brooklyn, New York, at a date and time determined by the Court for an Order pursuant to Fed. R. Civ. P. 23: (1) granting preliminary approval of the settlement Stipulation (attached as Exhibit 1 to the Declaration of Lissa Green-Stark); (2) conditionally certifying the proposed settlement class under Federal Rule of Civil Procedure 23(b)(3); (3) appointing plaintiff's counsel as class counsel; and (4) appointing KCC, LLC as Administrator.

Dated: New York, New York
      November 7, 2023

                        BRETT H. KLEIN, ESQ., PLLC
                        Attorneys for the Plaintiff
                        305 Broadway, Suite 600
                        New York, New York 10007
                        (212) 335-0132

                        By: _____
                              LISSA GREEN-STARK

To:    All Counsel (via ECF)

```
```

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
--------------------------------------------------------------------------------X

JONATHAN ZARKOWER, an individual on behalf of himself and all others similarly situated,

                                        Plaintiff,                19 CV 3843
     -against-                                                    (ARR) (JC)

CITY OF NEW YORK, PETER FORTUNE, Individually, SALVATORE DIMAGGIO, Individually, ANDREW CHIN, Individually, PABLO DEJESUS, Individually, and JOHN and JANE DOE 1 through 50, Individually, (the names John and Jane Doe being fictitious, as the true names are presently unknown),

                                        Defendants.

--------------------------------------------------------------------------------X

## NOTICE OF MOTION

**BRETT H. KLEIN, ESQ., PLLC**
Attorneys for the Plaintiff
305 Broadway, Suite 600
New York, New York 10007
(212) 335-0132