UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
-------------------------------------------------------------------------------X

JONATHAN ZARKOWER, an individual on behalf of
himself and all others similarly situated,

                              Plaintiff,

                  -against-

CITY OF NEW YORK, PETER FORTUNE, Individually,
SALVATORE DIMAGGIO, Individually, ANDREW CHIN,
Individually, PABLO DEJESUS, Individually, and JOHN and
JANE DOE 1 through 50, Individually, (the names John
and Jane Doe being fictitious, as the true names are presently
unknown),

                              Defendants.

**NOTICE OF MOTION**

19 CV 3843
(ARR)(JRC)

-------------------------------------------------------------------------------X

        **PLEASE TAKE NOTICE** that pursuant to Fed. R. Civ. P. 23 and 54, and Local Civil Rule 7.1(a), and upon the Declaration of Lissa Green-Stark, the exhibits attached thereto, the Declaration of Frank R. Cordova, and the accompanying Memorandum of Law in Support of Final Approval of the Class Action Settlement, and all other pleadings and records on file in this case, plaintiff will move before the Honorable James R. Cho, United States Magistrate Judge, at the United States Courthouse for the Eastern District of New York, 225 Cadman Plaza East, Brooklyn, New York, on September 4, 2024 at 10:00 a.m. for an Order pursuant to Federal Rules of Civil Procedure 23 and 54: (1) granting final approval of the settlement Stipulation (attached as Exhibit 1 to the Declaration of Lissa Green-Stark); (2) finally certifying the proposed settlement class under Federal Rule of Civil Procedure 23(b)(3); (3) finally appointing Plaintiffs' counsel as Class Counsel; (4) approving the requests for the Class Representative service award; and (5) approving an award of attorneys' fees and costs.

PLEASE TAKE FURTHER NOTICE that this motion is unopposed and therefore no opposition papers will be filed by defendants.

Dated: New York, New York
       July 26, 2024

BRETT H. KLEIN, ESQ., PLLC
Attorneys for the Plaintiff
305 Broadway, Suite 600
New York, New York 10007
(212) 335-0132

By: _____
     LISSA GREEN-STARK

To:    All Counsel (via ECF)